**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
In re:                                                          :
                                                                :    Chapter 11
**LYONDELL CHEMICAL COMPANY, <u>et</u> <u>al.</u>,**             :    Case No. 09-10023 (REG)
                                                                :
          **Reorganized Debtors.**                              :    Jointly Administered
----------------------------------------------------------------x

**FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES**

Upon the motion dated December 3, 2012 (the "**Motion**") of the Reorganized Debtors[1] for entry of a final decree closing the Completed Cases pursuant to sections 105 and 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, and for related relief, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and no objection having been filed by any party in interest; and the Court having been satisfied that the still pending contested matters being pursued by the Reorganized Debtors can be pursued in the case of <u>In re Lyondell Chemical Company</u>, Case No. 09-10023 (REG) (the "**Lead Case**") and the cases of the Schedule III Debtors and that the Pending Adversary Proceedings and contested matters being pursued by the Creditor Representative, the Litigation Trustee, and the Creditor Trustee can be pursued in the Lead Case; and upon consideration of the Motion, the Closing Report of the Reorganized Debtors with respect to the Completed Cases,

---

[1]  Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion or the Plan.

and the record and proceedings in these chapter 11 cases; and after due deliberation and good and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted, as set forth below.

2. To the extent necessary, objections pending with respect to claims against Completed Case Debtors are hereby deemed transferred to the Lead Case for any further proceedings, and to the extent a party wishing to do so would have been permitted hereafter (i) to object to an unresolved claim in a Completed Case, or (ii) to file a claim under section 502(h) of the Bankruptcy Code against a Completed Case Debtor, such party shall file its objection or claim and all parties shall proceed with respect thereto in the Lead Case.

3. Any and all Pending Adversary Proceedings[2] shall be heard and resolved in the Lead Case.

4. The undisputed amount and priority of each 502(d) Claim listed on the attached Exhibit 1 are hereby established as set forth therein, provided, however, that no 502(d) Claim is Allowed (as defined in the Plan) or disallowed until the 502(d) Action applicable to such claim is finally resolved and any required payment by the holder of such claim is (or is deemed) made.

5. The closure of the Completed Cases is without prejudice to: (i) the Pending Claims, the Pending Adversary Proceedings, or the 502(d) Actions (including any claims or defenses in connection with any of the foregoing), (ii) the ability of this Court to hear and determine any issues regarding any Pending Claim, Pending Adversary Proceeding, or 502(d) Action, or (iii) the Creditor Representative's, the Creditor Trustee's, or the Litigation Trustee's rights and obligations under the Plan (including pursuant to the Trust Agreements and the Creditor Representative Plan Supplement). For the avoidance of doubt, this final decree (the

---

[2] For the avoidance of doubt, the Pending Adversary Proceedings include <u>Highland Capital Management, L.P. v. UBS Securities, LLC</u>, Adv. Pro. No. 11-01728 (REG) (Bankr. S.D.N.Y.).

2

**Error! Unknown document property name.**

"**Final Decree**") shall have no effect on the Creditor Trustee's or the Litigation Trustee's prosecution of any of the Pending Adversary Proceedings (including any amendments or modifications thereto).[3]

6.    The closure of the Completed Cases shall not alter or modify the terms of the Plan.

7.    The Completed Cases listed on the attached Exhibit 2 are hereby closed by this Final Decree, provided, however, that the Court shall retain jurisdiction as set forth in Article 12 of the Plan and paragraph KK of the Confirmation Order.

8.    Entry of this Final Decree is without prejudice to the right of any party in interest to seek to reopen any of the Completed Cases pursuant to section 350(b) of the Bankruptcy Code and Bankruptcy Rule 5010.

9.    For the purposes of calculating U.S. Trustee Fees pursuant to 28 U.S.C. § 1930(a)(6), disbursements made by the Completed Case Debtors up to the date of entry of this Final Decree will be included in the calculation, and the Reorganized Debtors shall pay the appropriate quarterly fee within thirty days thereof. No disbursements after the date of entry of this Final Decree will be included in subsequent calculations, and no minimum quarterly fees shall be payable with respect to the Completed Cases for periods thereafter.

---

[3]    The Pending Adversary Proceedings being prosecuted by the Litigation Trustee are: <u>Edward S. Weisfelner, as Trustee of the LB Litigation Trust v. Leonard Blavatnik, et al.</u>, Adv. Pro. No. 09-01375 (REG) (Bankr. S.D.N.Y.); <u>Edward S. Weisfelner, as Trustee of the LB Litigation Trust v. NAG Investments, LLC</u>, Adv. Pro. No. 11-01844 (REG) (Bankr. S.D.N.Y.); <u>Edward S. Weisfelner, as Trustee of the LB Litigation Trust v. Alfred R Hoffman Charles Schwab & Co Inc Cust IRA Contributory, et al.</u>, Adv. Pro. No. 10-05525 (REG) (Bankr. S.D.N.Y.); and the Assigned Preference Claims. The Pending Adversary Proceedings being prosecuted by the Creditor Trustee are: <u>Edward S. Weisfelner, as Trustee of the LB Creditor Trust v. Fund 1, et al.</u>, Adv. Pro. No. 10-04609 (REG) (Bankr. S.D.N.Y.); <u>Edward S. Weisfelner, as Trustee of the LB Creditor Trust v. Stuart Reichman, et al.</u>, Adv. Pro. No. 12-01570 (REG) (Bankr. S.D.N.Y.); and <u>Edward S. Weisfelner, as Trustee of the LB Creditor Trust v. Fund 279</u>, Civ. No. 12-8553 (DLC) (S.D.N.Y.).

3

**Error! Unknown document property name.**

10. The Reorganized Debtors shall be responsible for obtaining the final decree closing the Lead Case and the Schedule III Debtors, provided that, consistent with Section 5.11 of the Plan, the Reorganized Debtors shall not seek a final decree with respect to the Lead Case "until such time as the Litigation Trust has been dissolved in accordance with the provisions of Sections [*sic*] 5.7" of the Plan.

11. This Order and Final Decree shall be immediately effective and enforceable upon its entry.

12. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order and Final Decree.

Dated:  New York, New York
        <u>**December 17, 2012**</u>      <u>*s/ Robert E. Gerber*</u>
                                                  HON. ROBERT E. GERBER
                                                  UNITED STATES BANKRUPTCY JUDGE

AGREED AND CONSENTED TO:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: <u>*/s/ Paul K. Schwartzberg*</u>
     Paul K. Schwartzberg

4

**Error! Unknown document property name.**

## Exhibit 1

## Established Amount and Priority of 502(d) Claims

|    | Claim No. | Claimant | Asserted Against | $ Amount | Priority |
|----|-----------|----------|------------------|----------|----------|
| 1  | 72   | EAGLE ELECTRIC MACHINE, INC.         | Basell USA Inc. | 45,519.00 | unsecured |
| 2  | 219  | STEWART & STEVENSON LLC              | Basell USA Inc. | 4,857.00  | unsecured |
| 3  | 236  | KONECRANES INC.                      | Basell USA Inc. | 19,825.00 | unsecured |
| 4  | 485  | ANGELS INDUSTRIAL CATERERS TEXAS LLC | Basell USA Inc. | 2,381.00  | unsecured |
| 5  | 613  | BAER GROUP, THE                      | Basell USA Inc. | 40,467.00 | unsecured |
| 6  | 1111 | FIRETROL PROTECTION SYSTEMS, INC.    | Basell USA Inc. | 34,568.00 | unsecured |
| 7  | 1346 | EQUIPMENT DEPOT LP                   | Basell USA Inc. | 4,140.00  | unsecured |
| 8  | 1406 | IKON OFFICE SOLUTIONS                | Basell USA Inc. | 28,739.00 | unsecured |
| 9  | 1534 | DESSELLE MAGGARD CORP                | Basell USA Inc. | 11,723.00 | unsecured |
| 10 | 1553 | BRENNANS OFFICE INTERIORS            | Basell USA Inc. | 6,229.00  | unsecured |
| 11 | 1695 | OATES METAL DECK & BUILDING PRODUCTS | Basell USA Inc. | 576.00    | unsecured |
| 12 | 1798 | LAWRENCE PUMPS                       | Basell USA Inc. | 350.00    | unsecured |
| 13 | 1997 | LOUISIANA LANDSCAPE LLC              | Basell USA Inc. | 24,625.00 | unsecured |
| 14 | 3682 | JABEZCO                              | Basell USA Inc. | 20,181.00 | unsecured |
| 15 | 3881 | ALPHA TECHNOLOGIES SERVICES, L.L.C.  | Basell USA Inc. | 1,070.00  | unsecured |
| 16 | 4041 | ATLAS COPCO COMPRESSORS LLC          | Basell USA Inc. | 4,237.25  | unsecured |
| 17 | 4186 | GREAT WESTERN VALVE LLC              | Basell USA Inc. | 41,613.00 | unsecured |
| 18 | 4346 | HOWELL INDUSTRIES INC                | Basell USA Inc. | 986.00    | unsecured |
| 19 | 4830 | DRAGO SUPPLY COMPANY                 | Basell USA Inc. | 84,770.00 | unsecured |
| 20 | 4835 | WEST TENNESSEE RAILROAD              | Basell USA Inc. | 28,194.00 | unsecured |
| 21 | 4976 | THERMO ELECTRON NORTH AMERICA LLC    | Basell USA Inc. | 2,601.00  | unsecured |
| 22 | 5262 | SCOTT-MACON EQUIPMENT RENTAL INC     | Basell USA Inc. | 1,412.00  | unsecured |
| 23 | 5263 | SCOTT MACON LTD                      | Basell USA Inc. | 4,883.00  | unsecured |
| 24 | 5265 | SCOTT MACON LTD                      | Basell USA Inc. | 9,070.00  | unsecured |
| 25 | 5882 | SHERRY LABORATORIES                  | Basell USA Inc. | 9,810.00  | unsecured |
| 26 | 6521 | VAN LONDON COMPANY INC               | Basell USA Inc. | 257.98    | unsecured |
| 27 | 7011 | AMERIGAS                             | Basell USA Inc. | 225.51    | unsecured |
| 28 | 7013 | AMERIGAS-BORDENTOWN                  | Basell USA Inc. | 153.81    | unsecured |
| 29 | 7111 | BTMU CAPITAL CORPORATION             | Basell USA Inc. | 82,816.00 | unsecured |
| 30 | 7131 | CANNON SLINE                         | Basell USA Inc. | 6,031.00  | unsecured |
| 31 | 7156 | CHEETAH TRANS SYSTEMS INC            | Basell USA Inc. | 4,160.00  | unsecured |

\* Scheduled claim.

|    | Claim No. | Claimant | Asserted Against | $ Amount | Priority |
|----|-----------|----------|------------------|----------|----------|
| 32 | 7162 | CHEMPUMP A DIVISION OF TEIKOKU | Basell USA Inc. | 112.88 | unsecured |
| 33 | 7206 | SECURITAS SECURITY SERVICES USA, INC. | Basell USA Inc. | 166,989.00 | unsecured |
| 34 | 7265 | DELTA PROCESS EQUIPMENT CO | Basell USA Inc. | 361.51 | unsecured |
| 35 | 7437 | HENDEE ENTERPRISES INC | Basell USA Inc. | 532.19 | unsecured |
| 36 | 7490 | INFOGUARD - SECURED DESTRUCTION | Basell USA Inc. | 29,393.00 | unsecured |
| 38 | 7626 | MAINTECH CORPORATION | Basell USA Inc. | 183.34 | unsecured |
| 39 | 7742 | NORMAN G JENSEN INC | Basell USA Inc. | 492.15 | unsecured |
| 40 | 7789 | ONE SOURCE MATERIALS & CONSTRUCTION, INC | Basell USA Inc. | 2,027.00 | unsecured |
| 41 | 7793 | GALA INDUSTRIES, INC. | Basell USA Inc. | 30,508.00 | unsecured |
| 42 | 7807 | PITNEY BOWES INC | Basell USA Inc. | 103.94 | unsecured |
| 43 | 7928 | SAFETY KLEEN | Basell USA Inc. | 602.12 | unsecured |
| 44 | 8182 | UNITED PARCEL SERVICE | Basell USA Inc. | 295.67 | unsecured |
| 45 | 8184 | UNITED PARCEL SERVICE | Basell USA Inc. | 517.95 | unsecured |
| 46 | 8199 | UPS SUPPLY CHAIN SOLUTIONS | Basell USA Inc. | 76.51 | unsecured |
| 47 | 8279 | YELLOW TRANSPORTATION, INC. | Basell USA Inc. | 377.84 | unsecured |
| 48 | 11954 | NES RENTALS | Basell USA Inc. | 36,545.00 | unsecured |
| 49 | 12093 | METSO MINERALS INDUSTRIES, INC. | Basell USA Inc. | 102,440.00 | unsecured |
| 50 | 12231 | SOUTHSIDE MACHINE WORKS | Basell USA Inc. | 18,773.00 | unsecured |
| 51 | 279731 | IKON OFFICE SOLUTIONS | Basell USA Inc. | 10,000.00 | unsecured |
| 52 | 900204001 | MODULAR SPACE CORPORATION | Basell USA Inc. | 1,113.00 | unsecured |
| 53 | 901217002 | TECH-QUIP, INC. | Basell USA Inc. | 871.00 | unsecured |
| 54 | *3777 | FCX PERFORMANCE | Basell USA Inc. | 27,499.00 | unsecured |
| 55 | *7249 | De Lage Landen Financial Services | Basell USA Inc. | 3,743.00 | unsecured |
| 56 | *7792 | SPARTAN STAFFING | Basell USA Inc. | 32,000.00 | unsecured |
| 57 | 75 | EBE INDUSTRIAL-DIVISION OF JC CROSS CO. | Equistar Chemicals, LP | 44,166.00 | unsecured |
| 58 | 78 | INDUSTRIAL PEST MGT | Equistar Chemicals, LP | 2,640.00 | unsecured |
| 59 | 81 | APPLIED MANUFACTURING TECHNOLOGIES, L.P. | Equistar Chemicals, LP | 84,081.00 | unsecured |
| 60 | 130 | TELVENT USA, INC | Equistar Chemicals, LP | 137,500.00 | unsecured |
| 61 | 159 | SUMMIT ELECTRIC SUPPLY | Equistar Chemicals, LP | 4,793.00 | unsecured |
| 62 | 183 | KONECRANES LIFTING BUSINESSES | Equistar Chemicals, LP | 28,802.00 | unsecured |
| 63 | 191 | ESTES EXPRESS LINES | Equistar Chemicals, LP | 92,527.00 | unsecured |
| 64 | 206 | TRITON ANALYTICS CORP. | Equistar Chemicals, LP | 673.00 | unsecured |
| 65 | 220 | STEWART & STEVENSON LLC | Equistar Chemicals, LP | 43,868.00 | unsecured |
| 66 | 280 | INDUSTRIAL PEST MGT | Equistar Chemicals, LP | 2,294.00 | unsecured |
| 67 | 290 | INDUSTRIAL PEST MGT. | Equistar Chemicals, LP | 2,850.00 | unsecured |

* Scheduled claim.

|     | Claim No. | Claimant | Asserted Against | $ Amount | Priority |
|-----|-----------|----------|------------------|----------|----------|
| 68  | 337  | PEAKER SERVICES INC | Equistar Chemicals, LP | 3,260.00 | unsecured |
| 69  | 548  | AZTEC BOLTING SERVICES, INC | Equistar Chemicals, LP | 24,659.50 | unsecured |
| 70  | 687  | GREENE'S ENERGY GROUP, LLC | Equistar Chemicals, LP | 18,950.00 | unsecured |
| 71  | 696  | WESTERN OILFIELDS SUPPLY CO. D/B/A RAIN | Equistar Chemicals, LP | 9,333.00 | unsecured |
| 72  | 697  | WESTERN OILFIELDS SUPPLY CO. D/B/A RAIN | Equistar Chemicals, LP | 15,295.00 | unsecured |
| 73  | 698  | WESTERN OILFIELDS SUPPLY CO. D/B/A RAIN | Equistar Chemicals, LP | 15,773.00 | unsecured |
| 74  | 699  | WESTERN OILFIELDS SUPPLY CO. D/B/A RAIN | Equistar Chemicals, LP | 1,787.00 | unsecured |
| 75  | 701  | WESTERN OILFIELDS SUPPLY CO. D/B/A RAIN | Equistar Chemicals, LP | 1,096.00 | unsecured |
| 76  | 727  | S.D. MYERS INC | Equistar Chemicals, LP | 19,417.00 | unsecured |
| 77  | 757  | GREENE'S ENERGY GROUP, LLC | Equistar Chemicals, LP | 10,518.00 | unsecured |
| 78  | 1131 | HOWDEN BUFFALO INC | Equistar Chemicals, LP | 9,058.80 | unsecured |
| 79  | 1151 | SOUTHEAST TEXAS STARTER | Equistar Chemicals, LP | 7,333.00 | unsecured |
| 80  | 1153 | SOUTHEAST TEXAS STARTER | Equistar Chemicals, LP | 3,953.00 | unsecured |
| 81  | 1177 | CCI (CH2M CONSTRUCTORS) | Equistar Chemicals, LP | 97,071.00 | unsecured |
| 82  | 1201 | MANGAN, INC. | Equistar Chemicals, LP | 32,739.00 | unsecured |
| 83  | 1221 | SPECIALIZED MAINTENANCE SERVICES, INC. | Equistar Chemicals, LP | 1,621.00 | unsecured |
| 84  | 1303 | FCX PERFORMANCE, INC. | Equistar Chemicals, LP | 23,574.00 | unsecured |
| 85  | 1422 | TRI-STATE FIRE CONTROL, INC. | Equistar Chemicals, LP | 161,057.00 | unsecured |
| 86  | 1448 | TELEDYNE INSTRUMENTS | Equistar Chemicals, LP | 3,348.00 | unsecured |
| 87  | 1470 | BRIGGS EQUIPMENT, INC. | Equistar Chemicals, LP | 76,586.00 | unsecured |
| 88  | 1472 | BRIGGS EQUIPMENT, INC. | Equistar Chemicals, LP | 7,815.00 | unsecured |
| 89  | 1753 | LEONARD TRANSPORTATION | Equistar Chemicals, LP | 6,621.00 | unsecured |
| 90  | 1988 | SAFESITE INC | Equistar Chemicals, LP | 59.68 | unsecured |
| 91  | 2135 | LR2 MANAGEMENT K/S, D/B/A THE LR2 POOL | Equistar Chemicals, LP | 136,161.97 | unsecured |
| 92  | 2300 | TRAMCO PUMP CO. | Equistar Chemicals, LP | 254.00 | unsecured |
| 93  | 2455 | SEALCO INCORPORATED | Equistar Chemicals, LP | 379.00 | unsecured |
| 94  | 2508 | TRANE CO. | Equistar Chemicals, LP | 12,054.29 | unsecured |
| 95  | 2541 | CAMIN CARGO CONTROL | Equistar Chemicals, LP | 27,899.00 | unsecured |
| 96  | 2710 | INDIANA RAIL ROAD CORPORATION | Equistar Chemicals, LP | 23,017.00 | unsecured |
| 97  | 3290 | ENPRO INC | Equistar Chemicals, LP | 218.00 | unsecured |
| 98  | 3572 | BRADLEYS' INC. | Equistar Chemicals, LP | 56,929.00 | unsecured |
| 99  | 3638 | GAI-TRONICS CORPORATION | Equistar Chemicals, LP | 577.15 | unsecured |
| 100 | 3777 | HOERBIGER SERVICE INC DBA REVAK CONTROLS | Equistar Chemicals, LP | 2,287.00 | unsecured |
| 101 | 3909 | EPOXY DESIGN SYSTEMS, INC. | Equistar Chemicals, LP | 454,483.53 | unsecured |
| 102 | 3910 | ALLIED ELECTRONICS INC | Equistar Chemicals, LP | 54.15 | unsecured |

* Scheduled claim.

| | Claim No. | Claimant | Asserted Against | $ Amount | Priority |
|---|---|---|---|---:|---|
| 103 | 4040 | ATLAS COPCO COMPRESSORS LLC | Equistar Chemicals, LP | 6,976.04 | unsecured |
| 104 | 4284 | HENEK FLUID PURITY SYSTEMS INC | Equistar Chemicals, LP | 563.54 | unsecured |
| 105 | 4413 | INDUSTRIAL CONTROLS DISTRIBUTORS LL | Equistar Chemicals, LP | 104.46 | unsecured |
| 106 | 4438 | INGERSOLL-RAND | Equistar Chemicals, LP | 35.72 | unsecured |
| 107 | 4451 | AMERIGAS PROPANE LP | Equistar Chemicals, LP | 448.56 | unsecured |
| 108 | 4491 | INTERNATIONAL EQUIPMENT LOGISTICS | Equistar Chemicals, LP | 490.00 | unsecured |
| 109 | 4581 | DEER PARK LUMBER CO LTD | Equistar Chemicals, LP | 1,764.00 | unsecured |
| 110 | 4631 | JOHNSTONE SUPPLY OF NAPERVILLE | Equistar Chemicals, LP | 428.49 | unsecured |
| 37 | 4789 | APACHE INDUSTRIAL PAINTING/APACHE G | Equistar Chemicals, LP | 52,411.00 | unsecured |
| 111 | 4987 | SCHULT ENGINEERING CO | Equistar Chemicals, LP | 23,331.00 | unsecured |
| 112 | 5147 | NATIONAL OILWELL VARCO LP | Equistar Chemicals, LP | 4,060.00 | unsecured |
| 113 | 5159 | NEPTUNE CHEMICAL PUMP CO | Equistar Chemicals, LP | 101.52 | unsecured |
| 114 | 5266 | TURNER SPECIALTY SERVICES LLC | Equistar Chemicals, LP | 181,883.00 | unsecured |
| 115 | 5299 | CHEETAH TRANSPORTATION | Equistar Chemicals, LP | 41,313.89 | unsecured |
| 116 | 5333 | PATCO LUMBER COMPANY INC | Equistar Chemicals, LP | 344.66 | unsecured |
| 117 | 5442 | POMP'S TIRE SERVICE INC | Equistar Chemicals, LP | 1.79 | unsecured |
| 118 | 5479 | PRECO TURBINE & COMPRESSOR SERVICES | Equistar Chemicals, LP | 109.25 | unsecured |
| 119 | 5554 | PUROLATOR EFP LLC | Equistar Chemicals, LP | 247.53 | unsecured |
| 120 | 6101 | SUNSOURCE | Equistar Chemicals, LP | 2,853.00 | unsecured |
| 121 | 6103 | SUNSOURCE TECHNOLOGY SERVICES INC | Equistar Chemicals, LP | 2,720.00 | unsecured |
| 122 | 6199 | TERRACON | Equistar Chemicals, LP | 166.75 | unsecured |
| 123 | 6228 | TEXAS GONZALES & NORTHERN RAILWAY | Equistar Chemicals, LP | 35,635.00 | unsecured |
| 124 | 6453 | UNITED LIFT TRUCK | Equistar Chemicals, LP | 27,477.00 | unsecured |
| 125 | 6560 | VITRAN EXPRESS | Equistar Chemicals, LP | 24,608.00 | unsecured |
| 126 | 6586 | WASSON-ECE INSTRUMENTATION INC | Equistar Chemicals, LP | 354.00 | unsecured |
| 127 | 6801 | BS&B SAFETY SYS C/O FLUID PROCESS | Equistar Chemicals, LP | 510.38 | unsecured |
| 128 | 6891 | ADVANCED PIPING PRODUCTS INC | Equistar Chemicals, LP | 270.38 | unsecured |
| 129 | 6979 | CARTER DAY INTERNATIONAL | Equistar Chemicals, LP | 27,735.00 | unsecured |
| 130 | 6980 | CARTER DAY INTERNATIONAL VP 49461 | Equistar Chemicals, LP | 5,245.00 | unsecured |
| 131 | 7053 | BRYAN CAVE LLP | Equistar Chemicals, LP | 1,463.00 | unsecured |
| 132 | 7114 | BULKMATIC TRANSPORT | Equistar Chemicals, LP | 64,797.00 | unsecured |
| 133 | 7792 | GALA INDUSTRIES, INC. | Equistar Chemicals, LP | 665.00 | unsecured |
| 134 | 7795 | KMT WATERJET SYSTEMS | Equistar Chemicals, LP | 93,642.00 | unsecured |
| 135 | 7816 | FAIRMONT SUPPLY | Equistar Chemicals, LP | 3,027.00 | unsecured |
| 136 | 7920 | ROYAL PURPLE INC | Equistar Chemicals, LP | 167.88 | unsecured |

\* Scheduled claim.

|     | Claim No. | Claimant | Asserted Against | $ Amount | Priority |
|-----|-----------|----------|------------------|----------|----------|
| 137 | 8185 | UNITED PARCEL SERVICE/UPS | Equistar Chemicals, LP | 392.97 | unsecured |
| 138 | 8564 | CIRCUIT BREAKER SALES & REPAIR INC | Equistar Chemicals, LP | 22,315.00 | unsecured |
| 139 | 8613 | CLINTON COUNTY AREA SOLID WASTE | Equistar Chemicals, LP | 4.11 | unsecured |
| 140 | 8833 | PA INCORPORATED | Equistar Chemicals, LP | 147.90 | unsecured |
| 141 | 8847 | PROTECTOSEAL COMPANY C/O ENPRO INC | Equistar Chemicals, LP | 287.76 | unsecured |
| 142 | 11947 | UNDERGROUND SOLUTIONS INC | Equistar Chemicals, LP | 26,830.00 | unsecured |
| 143 | 12083 | BARO COMPANIES/ BARO CONTROLS INC. | Equistar Chemicals, LP | 2,484.00 | unsecured |
| 144 | 12096 | RPS JDC INC (FORMERLY JD CONUSTLING, LP) | Equistar Chemicals, LP | 9,337.00 | unsecured |
| 145 | 12117 | SERVOMEX CO., INC. | Equistar Chemicals, LP | 20,511.58 | unsecured |
| 146 | 12118 | SERVOMEX CO., INC. | Equistar Chemicals, LP | 18,049.00 | unsecured |
| 147 | 12186 | OILFIELD FABRICATION AND MACHINE, INC. | Equistar Chemicals, LP | 78,601.00 | unsecured |
| 148 | 12815 | HUNTER LEASING LP | Equistar Chemicals, LP | 49,244.00 | unsecured |
| 149 | 13020 | CENTRAL MIDLAND RAILWAY CO. | Equistar Chemicals, LP | 3,932.00 | unsecured |
| 150 | 13153 | THERMAL & MECHANICAL EQUIPMENT CO. | Equistar Chemicals, LP | 415.00 | unsecured |
| 151 | 13154 | THERMAL & MECHANICAL EQUIPMENT | Equistar Chemicals, LP | 3,934.00 | unsecured |
| 152 | 13155 | THERMAL & MECHANICAL EQUIPMENT COMP | Equistar Chemicals, LP | 558.00 | unsecured |
| 153 | 13158 | PIPING TECHNOLOGY & PRODUCTS INC | Equistar Chemicals, LP | 118.00 | unsecured |
| 154 | 900021901 | STEWART & STEVENSON LLC | Equistar Chemicals, LP | 1,327.00 | unsecured |
| 155 | 900022101 | STEWART & STEVENSON LLC | Equistar Chemicals, LP | 1,560.00 | unsecured |
| 156 | 900072601 | S.D. MYERS INC | Equistar Chemicals, LP | 8,093.00 | unsecured |
| 157 | 900111101 | FIRETROL PROTECTION SYSTEMS, INC. | Equistar Chemicals, LP | 5,697.00 | unsecured |
| 158 | 900134601 | EQUIPMENT DEPOT LP | Equistar Chemicals, LP | 727.00 | unsecured |
| 159 | 900204003 | MODULAR SPACE CORPORATION | Equistar Chemicals, LP | 145,416.00 | unsecured |
| 160 | 900381101 | ELECTRALINK INC | Equistar Chemicals, LP | 159.00 | unsecured |
| 161 | 900497601 | THERMO ELECTRON NORTH AMERICA LLC | Equistar Chemicals, LP | 4,915.00 | unsecured |
| 162 | 901264001 | TECHNICAL AUTOMATION SERVICE CORP. | Equistar Chemicals, LP | 43,450.00 | unsecured |
| 163 | *4301 | HILCORP ENERGY COMPANY | Equistar Chemicals, LP | 42,377.00 | unsecured |
| 164 | *4506 | INTERSTATE POWERCARE | Equistar Chemicals, LP | 484.00 | unsecured |
| 165 | *4775 | LCS CONSTRUCTORS | Equistar Chemicals, LP | 7,915.00 | unsecured |
| 166 | *5375 | PETRO CHEM REFRIGERATION INC | Equistar Chemicals, LP | 8,622.00 | unsecured |
| 167 | *5646 | RELCO LOCOMOTIVES INC | Equistar Chemicals, LP | 27,581.00 | unsecured |
| 168 | *5816 | SAVVY BUSINESS MATTERS LLC | Equistar Chemicals, LP | 2,629.00 | unsecured |
| 169 | *6022 | STARSUPPLY PETROLEUM INC | Equistar Chemicals, LP | 630.00 | unsecured |
| 170 | *7250 | DE LAGE LANDEN FINANCIAL SERVICES I | Equistar Chemicals, LP | 11,955.00 | unsecured |
| 171 | *7832 | PRESSURE PRODUCTS INDUSTRIES INC | Equistar Chemicals, LP | 24,671.00 | unsecured |

* Scheduled claim.

| | Claim No. | Claimant | Asserted Against | $ Amount | Priority |
|---|---|---|---|---|---|
| 172 | *8570 | CITICORP DEL-LEASE | Equistar Chemicals, LP | 1,693.00 | unsecured |
| 173 | *9161 | DRAGO SUPPLY CO | Equistar Chemicals, LP | 72.00 | unsecured |
| 174 | *9418 | W NORMAN PHILLIPS JR | Equistar Chemicals, LP | 11,005.00 | unsecured |
| 175 | *9623 | KEVIN CADENHEAD | Equistar Chemicals, LP | 9,807.00 | unsecured |
| 176 | 96 | ANGEL'S IND. CATERERS TX LLC | Houston Refining LP | 14,336.00 | unsecured |
| 177 | 221 | STEWART & STEVENSON LLC | Houston Refining LP | 29,231.00 | unsecured |
| 178 | 234 | KONECRANES INC. | Houston Refining LP | 268,813.00 | unsecured |
| 179 | 363 | BAYOU CITY ENVIRONMENTAL SERVICES, LP | Houston Refining LP | 58,983.00 | unsecured |
| 180 | 1471 | BRIGGS EQUIPMENT INC | Houston Refining LP | 7,949.00 | unsecured |
| 181 | 1677 | HOLES INC | Houston Refining LP | 550.00 | unsecured |
| 182 | 2001 | WAID AND ASSOCIATES | Houston Refining LP | 64,591.86 | unsecured |
| 183 | 2314 | ARGO INTL SVCS LTD | Houston Refining LP | 3,013.00 | unsecured |
| 184 | 2561 | TECON SERVICES INC. | Houston Refining LP | 243,167.00 | unsecured |
| 185 | 2643 | DANMAR INDUSTRIES INC | Houston Refining LP | 13,469.00 | unsecured |
| 186 | 3068 | NATIONAL OILWELL VARCO LP | Houston Refining LP | 18,301.00 | unsecured |
| 187 | 3966 | ALLOMETRICS INC | Houston Refining LP | 336.00 | unsecured |
| 188 | 4376 | I T S VENEZUELA C A | Houston Refining LP | 20,281.00 | unsecured |
| 189 | 4805 | LIBERTY TOWER AND FLARE INC | Houston Refining LP | 20,193.00 | unsecured |
| 190 | 4855 | M&M PROTECTION LLC | Houston Refining LP | 204.00 | unsecured |
| 191 | 5686 | GULFSTREAM LEGAL GROUP LLC | Houston Refining LP | 2,619.00 | unsecured |
| 192 | 6751 | BOWLING BICYCLES | Houston Refining LP | 126.77 | unsecured |
| 193 | 6838 | CALLIDUS TECHNOLOGIES INC | Houston Refining LP | 1,487.00 | unsecured |
| 194 | 7054 | BRYAN CAVE LLP | Houston Refining LP | 77,801.00 | unsecured |
| 195 | 7161 | CCS PRESENTATION SYSTEMS INC | Houston Refining LP | 559.00 | unsecured |
| 196 | 7779 | CHEETAH LOGISTICS | Houston Refining LP | 647.61 | unsecured |
| 197 | 8127 | TOWER PERFORMANCE INC | Houston Refining LP | 392.87 | unsecured |
| 198 | 12095 | RPS JDC INC (FORMERLY JD CONSULTING, LP) | Houston Refining LP | 5,662.00 | unsecured |
| 199 | 12636 | EGGELHOF INCORPORATED | Houston Refining LP | 8.00 | unsecured |
| 200 | 12813 | HUNTER LEASING LP | Houston Refining LP | 110,779.00 | unsecured |
| 201 | 900204002 | MODULAR SPACE CORPORATION | Houston Refining LP | 8,614.00 | unsecured |
| 202 | 901217003 | TECH-QUIP, INC. | Houston Refining LP | 5,122.00 | unsecured |
| 203 | 901264002 | TECHNICAL AUTOMATION SERVICE CORP. | Houston Refining LP | 22,218.00 | unsecured |
| 204 | *4507 | INTERSTATE POWERCARE | Houston Refining LP | 5,700.00 | unsecured |
| 205 | *7021 | ANIXTER | Houston Refining LP | 28,739.00 | unsecured |
| 206 | 8204 | PORTELA, MARIO | Lyondell Chemical Europe, Inc. | 76,767.00 | unsecured |

\* Scheduled claim.

|     | Claim No. | Claimant | Asserted Against | $ Amount | Priority |
|-----|-----------|----------|------------------|----------|----------|
| 207 | *9528     | BART DE JONG | Lyondell Chemical Europe, Inc. | 115,988.00 | unsecured |
| 208 | 4039      | ATLAS COPCO COMPRESSORS LLC | LyondellBasell Advanced Polyolefins USA Inc. | 7,403.13 | unsecured |
| 209 | *4531     | iPass, Inc. | LyondellBasell Advanced Polyolefins USA Inc. | 7,015.00 | unsecured |

* Scheduled claim.

7

Exhibit 1

**Exhibit 2**

**Completed Cases and
Completed Case Debtors**

|    | Case No.  | Completed Case Debtor |
|----|-----------|-----------------------|
| 1  | 09-10033  | Basell USA Inc. |
| 2  | 09-12940  | Basell Capital Corporation |
| 3  | 09-10021  | Basell Finance USA Inc. |
| 4  | 09-10048  | Basell Germany Holdings GmbH |
| 5  | 09-12942  | Basell Impact Holding Company |
| 6  | 09-10034  | Basell North America Inc. |
| 7  | 09-12943  | Equistar Bayport, LLC |
| 8  | 09-10036  | Equistar Chemicals, LP |
| 9  | 09-10038  | Houston Refining LP |
| 10 | 09-10045  | LBI Acquisition LLC |
| 11 | 09-10025  | LBIH LLC |
| 12 | 09-10067  | Lyondell (Pelican) Petrochemical L.P. 1, Inc. |
| 13 | 09-10050  | Lyondell Asia Pacific, Ltd. |
| 14 | 09-12949  | Lyondell Bayport, LLC |
| 15 | 09-10051  | Lyondell Chemical Delaware Company |
| 16 | 09-10052  | Lyondell Chemical Espana Co. |
| 17 | 09-10053  | Lyondell Chemical Europe, Inc. |
| 18 | 09-12950  | Lyondell Chemical Holding Company |
| 19 | 09-10054  | Lyondell Chemical International Co. |
| 20 | 09-10055  | Lyondell Chemical Nederland, Ltd. |
| 21 | 09-10056  | Lyondell Chemical Products Europe, LLC |
| 22 | 09-10057  | Lyondell Chemical Properties, L.P. |
| 23 | 09-10101  | Lyondell Chemical Technology 1 Inc. |
| 24 | 09-10058  | Lyondell Chemical Technology Management, Inc. |
| 25 | 09-10059  | Lyondell Chemical Technology, L.P. |
| 26 | 09-12952  | Lyondell Chemical Wilmington, Inc. |
| 27 | 09-10060  | Lyondell Chimie France LLC |
| 28 | 09-10026  | Lyondell Europe Holdings Inc. |
| 29 | 09-12945  | Lyondell General Methanol Company |
| 30 | 09-10061  | Lyondell Greater China, Ltd. |
| 31 | 09-10028  | Lyondell Houston Refinery Inc. |
| 32 | 09-12947  | Lyondell Intermediate Holding Company |
| 33 | 09-10062  | Lyondell LP3 GP, LLC |
| 34 | 09-10063  | Lyondell LP3 Partners, LP |
| 35 | 09-10029  | Lyondell LP4 Inc. |
| 36 | 09-10030  | Lyondell Petrochemical L.P. Inc. |
| 37 | 09-10064  | Lyondell Refining Company LLC |
| 38 | 09-10094  | Lyondell Refining I LLC |
| 39 | 09-10065  | LyondellBasell Advanced Polyolefins USA Inc. |
| 40 | 09-12519  | LyondellBasell AF GP S.à.r.l. |
| 41 | 09-10066  | LyondellBasell Finance Company |
| 42 | 09-12518  | LyondellBasell Industries AF S.C.A. |
| 43 | 09-10072  | Lyondell-Equistar Holdings Partners |
| 44 | 09-10080  | Nell Acquisition (US) LLC |